# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),    :    Case No. 3:11-cr-7

  - vs -                          Magistrate Judge Michael R. Merz

BRITTANY MCCOY

        Defendant(s).    :

## ORDER REVOKING PROBATION

This case came on for hearing on April 5, 2012, on report of the Probation Officer that Defendant had violated the conditions of her probation by not completing a substance abuse treatment program, admitting to heroin abuse, Driving Under Suspension, and violating the payment agreement.

Defendant admitted the violations of the conditions of her probation.

Accordingly, it is hereby ordered that Defendant Brittany McCoy's probation is revoked and she is ordered committed to the custody of the Attorney General of the United States for a period of seven (7) months, to be followed by one year supervised release.

April 5, 2012.

                                                              s/ **Michael R. Merz**
                                                              United States Magistrate Judge